O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GORDIAN DIZEH AFUNGCHWI, <br><br> Petitioner, <br><br> v. <br><br> WARDEN OF THE DESERT VIEW ANNEX DETENTION FACILITY, et al., <br><br> Respondents. | Case No. 5:26-cv-00760-CAS-JDE <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); Respondents' Answer to the Petition (Dkt. 6); the Report and Recommendation of the magistrate judge (Dkt. 8); and Petitioner's Objections to the Report (Dkt. 9).

The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

/ / /

IT IS THEREFORE ORDERED THAT Judgment shall be entered dismissing the Petition with prejudice as to claims raised therein but without prejudice to Petitioner seeking a bond hearing in the future.

Dated: May 29, 2026 _____    __

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE