JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

GORDIAN DIZEH AFUNGCHWI,   ) Case No. 5:26-cv-00760-CAS-JDE
                          )
         Petitioner,      ) JUDGMENT
                          )
            v.            )
                          )
WARDEN of the Desert View Annex )
Detention Facility, et al.,  )
                          )
         Respondents.     )

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that this action is dismissed with prejudice as to the claim asserted, but without prejudice for seeking a future bond hearing.

Dated: May 29, 2026 _____    ___

                    HON. CHRISTINA A. SNYDER
                    UNITED STATES DISTRICT JUDGE